UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,      CASE NO: 1:19-cv-11304-KPF

    Plaintiff,

vs.

BGHO LLC, a New York limited liability company, d/b/a ON THE ROCKS, and S. SONIA REALTY, LLC, a New York limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, BGHO LLC, a New York limited liability company, d/b/a ON THE ROCKS, and S. SONIA REALTY, LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 25th day of June, 2020.

By: /s/ Robert J. Mirel                By: /s/ Michael Ferrari
Robert J. Mirel, Esq.                     Michael F. Ferrari, Esq.
The Weitz Law Firm, P.A.            Farber Schneider Ferrari LLP
18305 Biscayne Blvd., Suite 214     261 Madison Avenue, Floor 26
Aventura, FL 33160                    New York, NY 10016
Telephone: (305) 949-7777          Telephone: (212) 972-7040
Facsimile: (305) 704-3877           Facsimile: (212) 922-1939
E-mail: RJM@weitzfirm.com        Email: mferrari@fsfllp.com
*Attorney for Plaintiff*                      *Attorney for BGHO LLC*

**SO ORDERED:**

_____
Hon. Katherine Polk Failla, U.S.D.J.

Date: _____