UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,   CASE NO: 1:19-cv-11304-KPF

    Plaintiff,

vs.

BGHO LLC, a New York limited liability company, d/b/a ON THE ROCKS, and S. SONIA REALTY, LLC, a New York limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, BGHO LLC, a New York limited liability company, d/b/a ON THE ROCKS, and S. SONIA REALTY, LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 25th day of June, 2020.

By: /s/ Robert J. Mirel  
Robert J. Mirel, Esq.  
The Weitz Law Firm, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
Facsimile: (305) 704-3877  
E-mail: RJM@weitzfirm.com  
*Attorney for Plaintiff*

By: /s/ Michael Ferrari  
Michael F. Ferrari, Esq.  
Farber Schneider Ferrari LLP  
261 Madison Avenue, Floor 26  
New York, NY 10016  
Telephone: (212) 972-7040  
Facsimile: (212) 922-1939  
Email: mferrari@fsfllp.com  
*Attorney for BGHO LLC*

**SO ORDERED:**

_____
Hon. Katherine Polk Failla, U.S.D.J.

Date: ___July 1, 2020___